1 | Spencer C. Skeen (Bar No. 182216)
Farzeen Essa, (Bar No. 246971)
2 | PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
3 | 530 B Street, Suite 2100
San Diego, California 92101
4 | Telephone: 619.238.1900
Facsimile: 619.235.0398

5

6 | Attorneys for Plaintiff,
Q.E.D. SYSTEMS, INC., a Virginia corporation

FILED

08 SEP -3 PH 3: 28

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                          DEPUTY

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 | Q.E.D. SYSTEMS, INC., a Virginia corporation,

Case No. **08 CV 1611 DMS CAB**

11 |     Plaintiff,

**COMPLAINT FOR:**

12 | v.

13 | JCI METAL PRODUCTS, INC., a California
corporation,

14 |

15 |     Defendants.

**(1) BREACH OF CONTRACT;**
**(2) OPEN BOOK ACCOUNT;**
**(3) ACCOUNT STATED;**
**(4) QUANTUM MERUIT;**
**(5) VIOLATION OF BUSINESS &**
    **PROFESSIONS CODE §7108.5;**
    **AND**
**(6) VIOLATION OF CIVIL CODE**
    **§3260**

16 |

17 |

**DEMAND FOR JURY TRIAL**

18 |

19 | Plaintiff Q.E.D. SYSTEMS, INC., a Virginia corporation ("QED"), alleges as follows:

20 | **PARTIES**

21 |     1.    QED is, and at all times mentioned in this Complaint was, a corporation duly

22 | organized and existing under and by virtue of the laws of the State of Virginia, with its principal

23 | place of business at 4646 N. Witchduck Road, Virginia Beach, Virginia 23455.

24 |     2.    QED is, and at all times herein mentioned was a duly licensed contractor under the

25 | laws of the State of California and authorized to perform the work described herein below.

26 |     3.    QED is informed and believes that at all relevant times to the allegations contained

27 | in this Complaint, Defendant JCI METAL PRODUCTS, INC. ("JCI") was and is a California

28 | corporation, principal place of business currently unknown.  Plaintiff is informed and believes

---

COMPLAINT FOR DAMAGES



1  that JCI does business by and through its offices, employees and agents, located in the State of

2  California and elsewhere in the United States, and that JCI is registered to do business in the State

3  of California.

4  <center>**JURISDICTION AND VENUE**</center>

5      4.    This Court has jurisdiction over this action based on diversity of the parties

6  pursuant to 28 U.S.C. § 1332, since Plaintiff is Virginia corporation with its principle place of

7  business in Virginia Beach, Virginia, and JCI is a California corporation with a place of business

8  in California, and the amount in controversy exceeds $75,000 exclusive of interest and costs.

9      5.    Venue is proper pursuant to 28 U.S.C. § 1391(a) since a substantial part of the

10  events giving rise to this complaint took place in this district.

11  <center>**GENERAL ALLEGATIONS**</center>

12      6.    QED is an engineering company and provides engineering, installation, training,

13  logistic, and material services to federal and state agencies, and commercial enterprises

14  throughout the United States. The company offers services such as, marine engineering and naval

15  architecture; design; alteration development; installation engineering; maintenance engineering;

16  equipment/system testing; and technical investigations, surveys, and analyses services.

17      7.    JCI is a full service sheet metal company specializing in the fabrication,

18  installation, modernization and repair of shipboard engineering, habitability, joinder and

19  ventilation systems for the Military marine industry.

20      8.    QED and JCI began their relationship in October 2005, whereby JCI, as general

21  contractor, contracted with QED, as a subcontractor, to furnish the labor, materials, and

22  equipment necessary to perform preservation/piping and repair work on various ships of the

23  United States Navy, such as USS Reagan, USS Boxer, and USS Rentz.

24      9.    Pursuant to the subcontracting relationship, JCI would submit a written purchase

25  order requesting specific preservation/piping and repair work to be done on one of the Navy

26  vessels, at an agreed upon price/value.

27

28

<center>2</center>
<center>COMPLAINT FOR DAMAGES</center>

10. Once QED completed the work requested by a purchase order, QED would submit an invoice for the work completed and JCI would make payment within an agreed upon time of thirty (30) days.

11. Prior to July 2007, no disputes occurred between JCI and QED, and JCI paid QED for all invoices submitted.

12. Sometime between July 2007 and September 2007, JCI, as general contractor, hired QED, as subcontractor, to furnish the labor, materials, and equipment necessary to perform preservation/piping and repair work on six (6) Navy vessels: the USS Regan, YRBM-33, USS Gary, USS Rentz, USS Lake Champlain, and the USS Antietam.

13. From July 2007 to February 2008, JCI submitted written purchase orders to QED requesting specific preservation/piping and repair work to be done on each of the six (6) vessels, at an agreed upon price and value.

14. QED provided the agreed upon labor and materials between the period of July 2007 to April 2008. Once QED completed the work requested under a purchase order, QED invoiced JCI for the labor and materials provided. Each invoice was based on a purchase order and represented work completed by QED.

15. In addition, during the course of performance under the purchase orders, QED and JCI modified the contracts through oral and written change orders and pending change orders whereby the amount of the contracts were increased in excess of $20,854.00.

16. To date, JCI has failed to pay QED in excess of $280,962.35 based on work completed under the purchase orders, in addition to in excess of $20,854.00 pursuant to the change orders. Therefore, JCI owes QED in excess of $301,816.35 on account of the services and materials it has requested, received and accepted from QED in accordance with JCI's numerous purchase orders.

17. Despite QED's repeated demands for payment in full, JCI has failed to pay its delinquent account balance, leaving an unpaid principal balance in excess of $301,816.35, together with the interest thereon at the maximum legally permissible rate according to proof at the time of trial.

COMPLAINT FOR DAMAGES

115828/000001/954342.06

**FIRST CAUSE OF ACTION**

**(Breach of Contract against JCI)**

18.    QED hereby incorporates by reference each and every allegation contained in paragraphs 1 through 17, as though set forth fully herein.

19.    Prior to September 2007, QED and JCI entered into numerous written purchase orders, each of which creates a separate written contract and right of recovery. (Purchase Orders entered into between July 2007 and April 2008 are attached hereto as Exhibit A.)

20.    In accordance with the purchase orders and the parties' agreement, QED furnished the labor, materials, and equipment necessary to perform preservation/piping and repair work on various military vessels.

21.    Subsequent to entering into the written contracts, QED and JCI modified the contracts through oral and written change orders and pending change orders whereby the labor, materials and equipment furnished, as well as the amount owed under the contract, increased.

22.    QED has fully performed all conditions, covenants, and promises required to be performed on its part by the contracts, except as prevented and/or excused by JCI.

23.    During the course of the repair work on the vessels, numerous changes were required by the JCI. QED submitted numerous change order requests for authorization by the JCI. However, without just cause or excuse, JCI was dilatory in processing and authorizing change order work.

24.    JCI breached its agreement with QED by, inter alia, issuing deficient and defective plans and specifications, failing to timely process change order work, failing to remunerate QED in a timely fashion as delineated in the purchase orders and invoices; delaying and accelerating performance; failing to equitably compensate QED for additional work and costs necessitated by change orders; and failing to pay QED the full amount due and owing under the purchase orders for the materials, labor, supplies and/or services rendered to the vessels by Plaintiff, despite Plaintiff's demand for said payment.

4

COMPLAINT FOR DAMAGES

1    25.    As a result of JCI's breaches, QED has been damaged in a sum in excess of

2    $301,816.35, together with interest thereon at the maximum legally permissible rate according to

3    proof at the time of trial.

### SECOND CAUSE OF ACTION

### (Open Book Account against JCI)

6    26.    QED hereby incorporates by reference each and every allegation contained in

7    paragraphs 1 through 25, as though set forth fully herein.

8    27.    Within the last year, and within the County of San Diego, California, JCI became

9    indebted to QED on an open book account in an amount to be established at trial, but estimated at

10   this time to be approximately $301,816.35, for equipment, labor, supplies and services provided

11   to JCI pursuant to the purchase orders.

12   28.    No part of the outstanding sum has been paid, despite demand therefor, and there

13   is now due, owing and unpaid from JCI to QED a sum in excess of $301,816.35, together with

14   interest thereon at the maximum legally permissible rate according to proof at the time of trial.

15   29.    Pursuant to Section 1717.5 of the California Civil Code, QED is entitled to and

16   hereby requests attorney's fees for this action on the open book account.

### THIRD CAUSE OF ACTION

### (Account Stated against JCI)

19   30.    QED hereby incorporates by reference each and every allegation contained in

20   paragraphs 1 through 29, as though set forth fully herein.

21   31.    Within the last year, at the special insistence and request of JCI, QED provided

22   certain equipment, labor, supplies and services to JCI for repair work on six (6) military vessels.

23   Thereafter, by written statement of account from QED to JCI, an account was stated between

24   QED and JCI for equipment, labor, supplies and services in an amount to be established at trial,

25   but estimated at this time to be in excess of $301,816.35.

26   32.    To date, no part of the outstanding sum has been paid to QED, despite QED's

27   demand, and there is now due, owing and unpaid to QED an amount to be established at trial, but

28

115828/000001/954342.06

1    estimated at this time to be approximately $301,816.35, together with interest thereon at the

2    maximum legally permissible rate according to proof at the time of trial.

3                                   **FOURTH CAUSE OF ACTION**

4                                   **(Quantum Meruit against JCI)**

5        33.    QED hereby incorporates by reference each and every allegation contained in

6    paragraphs 1 through 32, as though set forth fully herein.

7        34.    Within the last four years, at the request of JCI, QED provided equipment, labor,

8    supplies and services to JCI, for which JCI promised to pay QED the reasonable value.

9        35.    At all times mentioned herein, the reasonable value of the above-mentioned

10   plumbing materials and supplies provided was, and is, the sum in excess of $301,816.35.

11       36.    QED has not been compensated for the reasonable value of the above-mentioned

12   materials, labor, supplies and services.  There is now due, owing and unpaid to QED by JCI, a

13   sum to be established at trial, but estimated at this time to be in excess of $301,816.35, together

14   with interest thereon at the maximum legally permissible rate according to proof at the time of

15   trial.

16                                   **FIFTH CAUSE OF ACTION**

17                      **(Violation of Business & Professions Code §7108.5 against JCI)**

18       37.    QED hereby incorporates by reference each and every allegation contained in

19   paragraphs 1 through 36, as though set forth fully herein.

20       38.    QED is informed and believes, and thereon alleges, that JCI has been paid progress

21   payments due and owing them pursuant to the contracts with the owner of the subject project.

22   JCI, however, has willfully failed, refused and neglected to release appropriate progress payments

23   to QED, despite demand therefor.

24       39.    Based thereon, QED is informed and believes, and thereon alleges, that JCI is in

25   violation of Business & Professions Code section 7108.5.  Accordingly, QED prays for the

26   recovery of the principal sum delineated hereinabove plus interest, penalties and attorneys' fees as

27   permitted under Section 7108.5.

28   / / /

COMPLAINT FOR DAMAGES

115828/000001/954342.06

## SIXTH CAUSE OF ACTION

### (Violation of Civil Code §3260 against JCI)

40.     QED hereby incorporates by reference each and every allegation contained in paragraphs 1 through 39, as though set forth fully herein.

41.     QED is informed and believes, and thereon alleges, that JCI has been paid retention due and owing them pursuant to the contracts with the owner, or with another contractor, of the subject project.  JCI, however, has willfully failed, refused and neglected to release retention funds to QED, despite demand therefor.

42.     Based thereon, QED is informed and believes, and thereon alleges, that JCI is in violation of Civil Code section 3260.  Accordingly, QED prays for the recovery of all sums owed, together with statutory penalties thereon at the rate of two percent (2%) per month and all costs, expenses and attorneys' fees incurred from a date uncertain but to be proven at the time of trial.

### PRAYER FOR RELIEF

WHEREFORE, QED prays for judgment as follows:

**On the First Cause of Action:**

1.     For a principal sum in excess of $301,816.35, according to proof at trial;

2.     For interest thereon at the maximum legally permissible rate;

3.     For costs of suit incurred herein; and

4.     For such other and further relief as the Court may deem just and proper.

**On the Second Cause of Action:**

1.     For a principal sum in excess of $301,816.35, according to proof at trial;

2.     For interest thereon at the maximum legally permissible rate;

3.     For attorney's fees as allowed by Section 1717.5 of the California Civil Code;

4.     For costs of suit incurred herein; and

5.     For such other and further relief as the Court may deem just and proper.

/ / /

/ / /

/ / /

7

COMPLAINT FOR DAMAGES

115828/000001/954342.06

**On the Third Cause of Action:**

1.      For a principal sum in excess of $301,816.35, according to proof at trial;

2.      For interest thereon at the maximum legally permissible rate;

3.      For costs of suit incurred herein; and

4.      For such other and further relief as the Court may deem just and proper.

**On the Fourth Cause of Action:**

1.      For a principal sum in excess of $301,816.35, according to proof at trial;

2.      For interest thereon at the maximum legally permissible rate;

3.      For costs of suit incurred herein; and

4.      For such other and further relief as the Court may deem just and proper.

**On the Fifth and Sixth Causes of Action:**

1.      For a principal sum in excess of $301,816.35, according to proof at trial;

2.      For attorneys' fees pursuant to statute;

3.      For penalties of two percent (2%) per month on the principal amount found due;

4.      For interest thereon at the maximum legally permissible rate;

5.      For costs of suit incurred herein; and

6.      For such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

QED hereby demands a trial by jury in this matter as provided by Federal Rule of Civil Procedure, Rule 38 to the fullest extent allowed by law.

DATED:  September 3, 2008

PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP

By: _____
Spencer C. Skeen
Farzeen Essa
Attorneys for Plaintiff,
Q.E.D. SYSTEMS, INC., a Virginia
corporation

8

COMPLAINT FOR DAMAGES

**EXHIBIT A**

07/09/2007  13:41   6192298195          JCI METAL PRODUCTS          PAGE  03

## PURCHASE ORDER

Page: 1

JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0007398
ORDER DATE : 07/09/07

VENDOR NUMBER :        01-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
1330 30TH ST. STE. D
San Diego, CA  92154

SHIP TO :
JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA  91945

CONFIRM TO :

| REQUIRED DATE 07/09/07 | SHIP VIA | F.O.B. | | TERMS Net 30 | | |
|---|---|---|---|---|---|---|
| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
| SUBCONTRACTOR Subcontractor Services 0777G07 | EACH | 1.00 | 0.00 WHSE: 000 | 0.00 | 3,908.630 | 3,908.63 |

USS Thach A/C Plant Replacement;
QED to provide manpower (99hrs) and material
for piping installation on board the USS Thach

Net Order:     3,908.63
Sales Tax:         0.00
Freight:           0.00
Order Total:   3,908.63

PURCHASE ORDER                                        Page: 1

JCI Metal Products, Inc.                    P.O. NUMBER : 0007490
6540 Federal Boulevard                     ORDER DATE : 07/17/07
Lemon Grove, CA 91945

                                           VENDOR NUMBER :     01-Q.E.D.

VENDOR :                          SHIP TO :
Q.E.D. SYSTEMS INC                JCI Metal Products, Inc.
1330 30TH ST. STE. D              6540 Federal Boulevard
San Diego, CA 92154              Lemon Grove, CA 91945

CONFIRM TO :
GEORGE CHAMPAGNE

| REQUIRED DATE 07/17/07 | SHIP VIA | F.O.B. | | TERMS Net 30 | | |
|---|---|---|---|---|---|---|
| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
| SUBCONTRACTOR | EACH | 1.00 | 0.00 | 0.00 | 3,439.250 | 3,439.25 |
| Subcontractor Services 0552002 | | | WHSE: 000 | | | |

QED. TO PROVIDE; LABOR AND MATERIAL ON BOARD USS
CHANCELLORVILLE TO REMOVE AND REPLACE AIR PIPING
TO 3 EA. DAMPER VALVES NOT TO EXCEED 64 M/H
AS PER YOUR QUOTE

| | |
|---|---|
| Net Order: | 3,439.25 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Order Total: | 3,439.25 |

# PURCHASE ORDER

Page: 1

JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0007491
ORDER DATE : 07/17/07

VENDOR NUMBER :     01-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
1330 30TH ST. STE. D
San Diego, CA 92154

SHIP TO :
JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

CONFIRM TO :
GEORGE CHAMPAGNE

| REQUIRED DATE 07/17/07 | SHIP VIA | | F.O.B. | | TERMS Net 30 | | |
|---|---|---|---|---|---|---|---|
| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | | UNIT COST | AMOUNT |
| SUBCONTRACTOR Subcontractor Services 0654001 | EACH | 1.00 | 0.00 WHSE: 000 | 0.00 | | 3,224.290 | 3,224.29 |

Q.E.D. TO PROVIDE; LABOR AND MATERIAL ON BOARD
YRBM - 38 TO REMOVE PIPING AND INSTALL NEW PIPING
FOR NEW DISHWASHER NOT TO EXCEED 56 M/H
AS PER YOUR QUOTE

| | |
|---|---|
| Net Order: | 3,224.29 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Order Total: | 3,224.29 |

# PURCHASE ORDER

Page: 1

JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0007942
ORDER DATE : 08/23/07

VENDOR NUMBER :      01-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
1330 30TH ST. STE. D
San Diego, CA 92154

SHIP TO :
JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

CONFIRM TO :

| REQUIRED DATE 08/23/07 | SHIP VIA | F.O.B. | TERMS Net 30 | | | |
|---|---|---|---|---|---|---|
| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
| SUBCONTRACTOR Subcontractor Services | EACH | 1.00 | 0.00 Job No: 0801001 | 0.00 | 2,912.833 | 2,912.83 |

Q.E.D TO PROVIDE LABOR AND MATERIAL FOR DRAINLINE
HOOK UP OF 4 SINKS AND 7 COMMODES AS PER QUOTE
SPACE # 2-74-5-L ON BOARD USS REAGAN
JCI POINT OF CONTACT AMARYLL SIMSAY 247-2185

| | | | | | | |
|---|---|---|---|---|---|---|
| SUBCONTRACTOR Subcontractor Services | EACH | 1.00 | 0.00 Job No: 0802001 | 0.00 | 2,912.833 | 2,912.83 |

Q.E.D TO PROVIDE LABOR AND MATERIAL FOR DRAINLINE
HOOK UP OF 4 SINKS AND 6 COMMODES AS PER QUOTE
SPACE # 2-59-1-L ON BOARD USS REAGAN

| | | | | | | |
|---|---|---|---|---|---|---|
| SUBCONTRACTOR Subcontractor Services | EACH | 1.00 | 0.00 Job No: 0803001 | 0.00 | 2,912.833 | 2,912.83 |

Q.E.D TO PROVIDE LABOR AND MATERIAL FOR DRAINLINE
HOOK UP OF 8 SINKS AND 12 COMMODES AS PER QUOTE
SPACE # 2-44-5-L ON BOARD USS REAGAN

| | | | | | | |
|---|---|---|---|---|---|---|
| SUBCONTRACTOR Subcontractor Services | EACH | 1.00 | 0.00 Job No: 0810001 | 0.00 | 2,912.833 | 2,912.83 |

Q.E.D TO PROVIDE LABOR AND MATERIAL FOR DRAINLINE
HOOK UP OF 4 SINKS AND 6 COMMODES AS PER QUOTE
SPACE # 2-256-2-L ON BOARD USS REAGAN

| | | | | | | |
|---|---|---|---|---|---|---|
| SUBCONTRACTOR Subcontractor Services | EACH | 1.00 | 0.00 Job No: 0811001 | 0.00 | 2,912.835 | 2,912.84 |

Q.E.D TO PROVIDE LABOR AND MATERIAL FOR DRAINLINE
HOOK UP OF 4 SINKS AND 6 COMMODES AS PER QUOTE
SPACE # 2-256-3-L ON BOARD USS REAGAN

| | | | | | | |
|---|---|---|---|---|---|---|
| SUBCONTRACTOR Subcontractor Services | EACH | 1.00 | 0.00 Job No: 0812001 | 0.00 | 2,912.835 | 2,912.84 |

Q.E.D TO PROVIDE LABOR AND MATERIAL FOR DRAINLINE
HOOK UP OF 4 SINKS AND 6 COMMODES AS PER QUOTE
SPACE # 3-255-1-L ON BOARD USS REAGAN

PURCHASE ORDER                                    Page: 2

JCI Metal Products, Inc.                          P.O. NUMBER : 0007942
6540 Federal Boulevard                            ORDER DATE : 08/23/07
Lemon Grove, CA 91945

                                                  VENDOR NUMBER :        01-Q.E.D.


VENDOR :                                 SHIP TO :
Q.E.D. SYSTEMS INC                       JCI Metal Products, Inc.
1330 30TH ST. STE, D                     6540 Federal Boulevard
San Diego, CA 92154                      Lemon Grove, CA 91945

CONFIRM TO :

| REQUIRED DATE 08/23/07 | SHIP VIA | | F.O.B. | | TERMS Net 30 | | |
|---|---|---|---|---|---|---|---|
| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | | AMOUNT |

|  |  |
|---|---|
| Net Order: | 17,477.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Order Total: | 17,477.00 |

09/04/2007  12:55   61922   95              JCI METAL PRODU                    PAGE  01

# PURCHASE ORDER

Page: 1

JCI Metal Products, Inc.                                P.O. NUMBER : 0008011

6540 Federal Boulevard                                  ORDER DATE : 09/04/07
Lemon Grove, CA 91945

                                                        VENDOR NUMBER :      01-Q.E.D.

VENDOR :                               SHIP TO :
Q.E.D. SYSTEMS INC                     JCI Metal Products, Inc.
1330 30TH ST. STE. D                   6540 Federal Boulevard
San Diego, CA 92154                    Lemon Grove, CA  91945

CONFIRM TO :

| REQUIRED DATE 09/04/07 | SHIP VIA | F.O.B. | | TERMS Net 30 | | |
|---|---|---|---|---|---|---|
| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
| SUBCONTRACTOR Subcontractor Services | EACH | 1.00 | 0.00 Job No: 0803001 | 0.00 | 6,949.000 | 6,949.00 |

THIS PURCHASE ORDER WRITTEN TO Q.E.D.
SYSTEMS INC FOR TIME AND MATERIAL TO
ACCOMPLISH THE FOLLOWING TASKS ONBOARD
THE USS REAGAN:

CHEMICALLY SANITIZE 42 EACH EXISTING
COMMODES
REMOVE EXISTING AND INSTALL WITH NEW
42 EACH COMMODES PROVIDED BY J.C.I. METAL
PRODUCTS INC

Net Order:     6,949.00
Sales Tax:         0.00
Freight:           0.00
Order Total:   6,949.00

2244 V Task

TSSD
10 asit

09/06/2007  11:29    6192298195                    JCI METAL PRODUCTS                        PAGE  02

# PURCHASE ORDER

Page: 1

JCI Metal Products, Inc.                                        P.O. NUMBER : 0008013
6540 Federal Boulevard                                         ORDER DATE : 09/04/07
Lemon Grove, CA 91945

                                                               VENDOR NUMBER :        01-Q.E.D.

VENDOR :                                    SHIP TO :
Q.E.D. SYSTEMS INC                          JCI Metal Products, Inc.
1330 30TH ST. STE. D                        6540 Federal Boulevard
San Diego, CA  92154                        Lemon Grove, CA  91945

CONFIRM TO :

| REQUIRED DATE 09/04/07 | SHIP VIA | | F.O.B. | | TERMS Net 30 | | |
|---|---|---|---|---|---|---|---|
| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | | AMOUNT |
| SUBCONTRACTOR Subcontractor Services | EACH | 1.00 | 0.00 Job No: 0654001 | 0.00 | 2,555.000 | | 2,555.00 |

THIS PURCHASE ORDER WRITTEN TO Q.E.D.
SYSTEMS INC FOR TIME, MATERIAL AND SUBS
TO ACCOMPLISH TOUCH-UP PAINT ON NEW
AND DISTURBED SURFACES IN THE YRBM-38
SCULLERY

| | |
|---|---|
| Net Order: | 2,555.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Order Total: | 2,555.00 |

# PURCHASE ORDER

Page: 1

JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0008255
ORDER DATE : 09/27/07

VENDOR NUMBER :        01-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
1330 30TH ST. STE. D
San Diego, CA 92154

SHIP TO :
JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

CONFIRM TO :

| REQUIRED DATE | SHIP VIA | | F.O.B. | | TERMS | |
|---|---|---|---|---|---|---|
| 09/27/07 | | | | | Net 30 | |

| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|---|
| SUBCONTRACTOR | EACH | 1.00 | 1.00 | 0.00 | 55,372.000 | 55,372.00 |
| Subcontractor Services | | | Job No: 0896006 | | | |

Q.E.D. TO PROVIDE LABOR AND MATERIAL FOR PAINT AND
PIPING FOR ITEM # 643-11-001 AS PER QUOTE ON BOARD
USS RENTZ JCI'S P.O.C MANNY SALGADO (619)247-2729

| | |
|---|---|
| Net Order: | 55,372.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Order Total: | 55,372.00 |

# PURCHASE ORDER

Page 1

JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0008276
ORDER DATE : 09/28/07

VENDOR NUMBER :     01-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
1330 30TH ST. STE, D
San Diego, CA  92154

SHIP TO :
JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA  91945

CONFIRM TO :
G.CHAMPAGNE

| REQUIRED DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 09/28/07 | | | Net 30 |

| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|---|
| SUBCONTRACTOR | EACH | 1.00 | 0.00 | 0.00 | 881.000 | 881.00 |
| Subcontractor Services | | | Job No: 0896002 | | | |

Q.E.D. TO PROVIDE LABOR AND MATERIAL
FOR WORK ITEM # 234-11-003 ON BOARD USS RENTZ
AS PER QUOTE JCI'S P.O.C MANNY SALGADO

| | |
|---|---|
| Net Order: | 881.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Order Total: | 881.00 |

# PURCHASE ORDER

Page: 1

I Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0008277
ORDER DATE : 09/28/07

VENDOR NUMBER :        01-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
1330 30TH ST, STE, D
San Diego, CA 92154

SHIP TO :
JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

CONFIRM TO :
G.CHAMPAGNE

| REQUIRED DATE 09/28/07 | SHIP VIA | F.O.B. | TERMS Net 30 | | | |
|---|---|---|---|---|---|---|
| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
| SUBCONTRACTOR Subcontractor Services | EACH | 1.00 | 0.00 | 0.00 | 1,646.000 | 1,646.00 |

Job No: 0896005

Q.E.D. TO PROVIDE LABOR AND MATERIAL FOR WORK
ITEM# 621-11-001 ON BOARD USS RENTZ AS PER QUOTE
JCI'S P.O.C MANNY SALGADO

|  |  |
|---|---|
| Net Order: | 1,646.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Order Total: | 1,646.00 |

# PURCHASE ORDER

Page: 1

JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0008278
ORDER DATE : 09/28/07

VENDOR NUMBER :        01-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
1330 30TH ST. STE. D
San Diego, CA  92154

SHIP TO :
JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA  91945

CONFIRM TO :
G.CHAMPGNE

| REQUIRED DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 09/28/07 | | | Net 30 |

| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|---|
| SUBCONTRACTOR | EACH | 1.00 | 0.00 | 0.00 | 881.000 | 881.00 |
| Subcontractor Services | | | Job No: 0896001 | | | |

Q.E.D. TO PROVIDE LABOR AND MATERIAL ON BOARD USS
RENTZ ON WORK ITEM # 120-11-001
AS PER QUOTE JCI'S P.O.C. MANNY SALGADO
(619)247-2729

| | |
|---|---|
| Net Order | 881.00 |
| Sales Tax | 0.00 |
| Freight | 0.00 |
| Order Total: | 881.00 |

# PURCHASE ORDER

Page: 1

Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0008279
ORDER DATE : 09/28/07

VENDOR NUMBER :    01-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
1330 30TH ST. STE. D
San Diego, CA 92154

SHIP TO :
JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

CONFIRM TO :
G.CHAMPAGNE

| REQUIRED DATE 09/28/07 | SHIP VIA | | F.O.B. | | TERMS Net 30 | | |
|---|---|---|---|---|---|---|---|
| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | | AMOUNT |
| SUBCONTRACTOR Subcontractor Services | EACH | 1.00 | 0.00 | 0.00 | 881.000 | | 881.00 |

Job No. 0896004

Q.E.D TO PROVIDE LABOR AND MATERIAL ON BOARD USS'
RENTZ ON WORK ITEM # 512-11-002 JCI' S P.O.C
MANNY SALGADO (619)247-2729

| | |
|---|---|
| Net Order: | 881.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Order Total: | 881.00 |

# PURCHASE ORDER

Page: 1

/ Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0008280

ORDER DATE : 09/28/07

VENDOR NUMBER :       01-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
1330 30TH ST. STE, D
San Diego, CA 92154

SHIP TO :
JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

CONFIRM TO :
G.CHAMPAGNE

| REQUIRED DATE 09/28/07 | SHIP VIA | F.O.B. | TERMS Net 30 | | | |
|---|---|---|---|---|---|---|
| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
| SUBCONTRACTOR Subcontractor Services | EACH | 1.00 | 0.00 | 0.00 | 1,496.000 | 1,496.00 |

Job No: 0896003

Q.E.D. TO PROVIDE LABOR AND MATERIAL ON BOARD USS
RENTZ ON WORK ITEM # 251-11-001 AS PER QUOTE
JCI'S P.O.C MANNY SALGADO (619) 247-2729

| | |
|---|---|
| Net Order: | 1,496.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Order Total: | 1,496.00 |

# PURCHASE ORDER

Page:

JCI Metal Products, Inc.

6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0008304

ORDER DATE : 10/02/07

VENDOR NUMBER :        01-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
1330 30TH ST. STE, D
San Diego, CA 92154

SHIP TO :
JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

CONFIRM TO :
LARRY P

| REQUIRED DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 10/02/07 | | | Net 30 |

| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|---|
| SUBCONTRACTOR | EACH | 1.00 | 0.00 | 0.00 | 651.060 | 651.06 |
| Subcontractor Services | | | Job No: 0813001 | | | |

Q.E.D. TO PROVIDE LABOR AND MATERIAL FOR PIPING
ON BOARD USS REAGAN - 2256-3-L AS PER IDR # 001

| | |
|---|---|
| Net Order: | 651.06 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Order Total: | 651.06 |

# PURCHASE ORDER

Page: 1

:I Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0008311
ORDER DATE : 10/02/07

VENDOR NUMBER :    01-Q.E.D.

| VENDOR : | SHIP TO : |
|---|---|
| Q.E.D. SYSTEMS INC | JCI Metal Products, Inc. |
| 1330 30TH ST. STE, D | 6540 Federal Boulevard |
| San Diego, CA 92154 | Lemon Grove, CA 91945 |

CONFIRM TO :

| REQUIRED DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 10/02/07 | | | Net 30 |

| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|---|
| SUBCONTRACTOR | EACH | 1.00 | 0.00 | 0.00 | 59,822.000 | 59,822.00 |
| Subcontractor Services | | | Job No: 0911003 | | | |

Q.E.D. TO PROVIDE LABOR AND MATERIAL ON WORK ITEM
# 643-11-001 (PARA 3.7 AND 3.7.1 AND PIPING AS PER
QUOTE ON BOARD USS GARY FFG-51 JCI'S P.O.C
MANNY SALGADO (619)247-2729

*NEED PRINTS*

| | |
|---|---|
| Net Order: | 59,822.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Order Total: | 59,822.00 |

# PURCHASE ORDER

Page: 1

JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0008513
ORDER DATE : 10/02/07

VENDOR NUMBER :    01-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
1330 30TH ST. STE, D
San Diego, CA. 92154

SHIP TO :
JCI Metal Products. Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

CONFIRM TO :

| REQUIRED DATE | SHIP VIA | F.O.B. | | TERMS | | |
|---|---|---|---|---|---|---|
| 10/02/07 | | | | Net 30 | | |

| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|---|
| SUBCONTRACTOR Subcontractor Services | EACH | 1.00 | 0.00 | 0.00 | 2,397.000 | 2,397.00 |

Job No: 0911002
Q.E.D TO PROVIDE LABOR AND MATERIAL ON WORK ITEM
# 621-11-002 (PARA 3.3) ON BOARD USS GARY FFG - 51
AS PER QUOTE JCI'S P.O.C MANNY SALGADO
(619)247-2729

| | |
|---|---|
| Net Order: | 2,397.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Order Total: | 2,397.00 |

# PURCHASE ORDER

Page: 1

JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER    0008319
ORDER DATE : 10/02/07

VENDOR NUMBER :        01-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
1330 30TH ST, STE, D
San Diego, CA  92154

SHIP TO :
JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA  91945

CONFIRM TO :

| REQUIRED DATE 10/02/07 | SHIP VIA | F.O.B. | | TERMS Net 30 | | |
|---|---|---|---|---|---|---|
| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
| SUBCONTRACTOR Subcontractor Services | EACH | 1.00 | 0.00 Job No: 0911004 | 0.00 | 7,525.000 | 7,525.00 |
| Q.E.D. TO PROVIDE LABOR AND MATERIAL FOR PIPING ON WORK ITEM # 343-90-001 IAW DWG8302184 AS PER QUOTE ON BOARD USS ANTIETAM JCI'S P.O.C. AMARYLL SIMSAY (619)247-2185 | | | | | | |
| SUBCONTRACTOR Subcontractor Services | EACH | 1.00 | 0.00 Job No: 0911004 | 0.00 | 9,959.000 | 9,959.00 |
| Q.E.D. TO PROVIDE LABOR AND MATERIAL FOR RCC-4 AS PER QUOTE ON BOARD USS ANTIETAM JCI'S P.O.C AMARYLL SIMSAY (619)247-2185 | | | | | | |

Net Order:    17,484.00
Sales Tax:    0.00
Freight:    0.00
Order Total:    17,484.00

# PURCHASE ORDER

Page: 1

JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0008547
ORDER DATE : 10/05/07

VENDOR NUMBER :    01-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
1330 30TH ST. STE, D
San Diego, CA 92154

SHIP TO :
JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

CONFIRM TO :

| REQUIRED DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 10/05/07 | | | Net 30 |

| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|---|
| SUBCONTRACTOR | EACH | 1.00 | 0.00 | 0.00 | 1,564.000 | 1,564.00 |
| Subcontractor Services | | | Job No: 0911004 | | | |

Q.E.D. TO PROVIDE LABOR AND MATERIAL IAW WORK
ITEM # 651-80-001 (PARA 3.5) AS PER QUOTE ON BOARD
USS GARY FFG-51 JCI'S P.O.C MANNY SALGADO
(619)247-2754

| | |
|---|---|
| Net Order: | 1,564.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Order Total: | 1,564.00 |

Q.E.D. SYSTEMS, INCORPORATED

Date: 9/28/07

ESTIMATE: JCI METAL PRODUCTS
TITLE: USS GARY SCULLERY DISHWASHER PIPING

DIRECT LABOR

| LABOR CATEGORY | RATE | HOURS | | AMOUNT |
|---|---|---|---|---|
| Technical Manager | $110.95 | | | $0.00 |
| Industrial Specialist | $108.70 | | | $0.00 |
| Program Manager | $77.90 | | | $0.00 |
| Project Manager | $58.72 | | | $0.00 |
| Project Coordinator | $43.10 | 1.0 | Holz, Parker, Stangel,Wedgev | $43.10 |
| Design Engineer | $67.31 | | | $0.00 |
| Engineer | $55.75 | 1.0 | West | $55.75 |
| Engineering Analyst | $49.68 | | | $0.00 |
| Senior Engineer Technician | $35.28 | | | $0.00 |
| Engineer Technician | $31.86 | | | $0.00 |
| Logistician | $38.32 | 1.0 | Cortez | $38.32 |
| Systems Analyst | $58.15 | | | $0.00 |
| Computer Programmer/Analyst | $40.89 | | | $0.00 |
| Senior Designer | $38.89 | | | $0.00 |
| Designer | $33.72 | | | $0.00 |
| Senior CAD Technician | $30.81 | | | $0.00 |
| Senior CAD Technician OT | $46.22 | | | $0.00 |
| CAD Technician | $26.96 | | | $0.00 |
| CAD Technician OT | $40.43 | | | $0.00 |
| Purchasing Agent | $34.10 | 1.0 | Weatherford | $34.10 |
| Inventory Specialist | $27.97 | | | $0.00 |
| Technical Editor | $35.28 | | | $0.00 |
| Clerk | $21.68 | | | $0.00 |
| Clerk OT | $32.51 | | | $0.00 |
| Typist | $20.18 | | | $0.00 |
| Typist OT | $30.28 | | | $0.00 |
| Planner/Estimator | $36.64 | | | $0.00 |
| QA Specialist | $45.63 | 1.0 | Simmons, Woodward | $45.63 |
| Supervisor | $54.15 | | | $0.00 |
| Foreman | $36.92 | | | $0.00 |
| Senior Electrician | $40.06 | 1.0 | Williams | $40.06 |
| Senior Electrician O/T | $60.08 | | | $0.00 |
| Electrician | $34.62 | 1.0 | Alhambra, Aquino, Randolph, Smith | $34.62 |
| Electrician O/T | $51.92 | | | $0.00 |
| Equipment Mechanic | $32.36 | 15.0 | Feria, Garcia | $485.40 |
| Equipment Mechanic O/T | $48.52 | | | $0.00 |
| Maintenance Technician | $24.78 | 1.0 | Crawford | $24.78 |
| Maintenance Technician O/T | $37.16 | | | $0.00 |
| Welder/Burner/Brazier | $35.47 | 10.0 | Nava | $354.70 |
| Welder/Burner/Brazier O/T | $53.21 | | | $0.00 |
| Blaster | $33.76 | | | $0.00 |
| Blaster O/T | $50.64 | | | $0.00 |
| Painter III | $31.97 | 1.0 | Blatt, Munoz, Pittman, Sevilla | $31.97 |
| Painter III O/T | $47.96 | | | $0.00 |

| | | | | |
|---|---|---|---|---|
| Painter II | $27.41 | 1.0 | Andersen, Bryant | $27.41 |
| Painter II O/T | $41.11 | | | $0.00 |
| Painter I | $23.91 | | J. Pablo | $0.00 |
| Painter I O/T | $35.86 | | | $0.00 |

| | | |
|---|---|---|
| TOTAL LABOR HOURS | 35.00 | |
| **TOTAL LABOR DOLLARS** | | **$1,215.84** |

**OTHER DIRECT COSTS**

**INCIDENTAL MATERIAL COST:**

SPECIAL MATERIALS:

| | | | |
|---|---|---|---|
| Word Processing Services (on Labor w/o *) | | $1.48 | $7.40 |
| Reproduction (# of copies) | 0 | $0.08 | $0.00 |
| Mail/Shipping | | | $0.00 |
| Telecommunications | | | $0.00 |
| Material Staging | | | $0.00 |
| Miscellaneous Material and Supplies | | | $204.07 |
| Alteration Logistics Support (on Labor marked with *) | | $1.75 | $52.50 |
| Equipment Rental | | | $0.00 |
| Subcontracts | | | $0.00 |
| | | | |
| **Subtotal Special Materials** | | | **$263.97** |

**TRAVEL/TRANSPORTATION**

Local Travel

| | | | |
|---|---|---|---|
| 3 Trips | 22 Miles | @ $0.485/mile | $32.01 |

Trip: Norfolk, VA to

Purpose: (Describe)

Airfare:

| | | | |
|---|---|---|---|
| 0 Trips | 0 People | @ $0.00 per person | $0.00 |
| 0 Trips | 0 People | @ $0.00 per person | $0.00 |

Per Diem:

| | | | |
|---|---|---|---|
| 0 Trips | 0 People | 0 days @ $0/day | $0.00 |
| 0 Trips | 0 People | 0 days @ $0/day | $0.00 |

Car Rental:

| | | | |
|---|---|---|---|
| 0 Trips | 0 Car/Van | 0 days @ $0/day | $0.00 |
| 0 Trips | 0 Car/Van | 0 days @ $0/month | $0.00 |
| Miscellaneous: POV travel to/from airport, parking, tolls, gas | | | $0.00 |
| | Lodging Tax | @ $0.00 /person/day | $0.00 |
| Trip Total | | | $0.00 |

Trip: Norfolk, VA to

Purpose: (Describe)

Airfare:

| | | | |
|---|---|---|---|
| 0 Trips | 0 People | @ $0.00 per person | $0.00 |
| 0 Trips | 0 People | @ $0.00 per person | $0.00 |

Per Diem:

| | | | |
|---|---|---|---|
| 0 Trips | 0 People | 0 days @ $0/day | $0.00 |
| 0 Trips | 0 People | 0 days @ $0/day | $0.00 |

Car Rental:

| | | | |
|---|---|---|---|
| 0 Trips | 0 Car/Van | 0 days @ $0/day | $0.00 |
| 0 Trips | 0 Car/Van | 0 days @ $0/month | $0.00 |
| Miscellaneous: POV travel to/from airport, parking, tolls, gas | | | $0.00 |

|  | Lodging Tax | @ $0.00 /person/day | $0.00 |  |
|  | Trip Total |  | $0.00 |  |

| | |
|---|---|
| **Subtotal Travel/Transportation** | **$32.01** |
| **Subtotal Other Direct Costs** | **$295.98** |
| **Burdens** | **$52.19** |
| TOTAL OTHER DIRECT COSTS | $348.17 |
| TOTAL PRICE | $1,564.01 |

# PURCHASE ORDER

Page

JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0008578

ORDER DATE : 10/29/07

VENDOR NUMBER :        GT-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
4646 Witchduck Rd
Virginia Beach, VA  23455

SHIP TO :
JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA  91945

CONFIRM TO :
LARRY PARKER

| REQUIRED DATE | SHIP VIA | F.O.B. | TERMS | | |
|---|---|---|---|---|---|
| 10/29/07 | | | Net 30 | | |

| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|---|
| SUBCONTRACTOR<br>Subcontractor Services | EACH | 5.00 | 0.00<br>Job No: 0911003 | 0.00 | 1,731.500 | 8,657.50 |

Q.E.D. TO PROVIDE LABOR AND MATERIAL ON BOARD USS
GARY TO OPEN ALL TANKS IN BERTHING AND INSTALL
DC PLUGS AS PER QUOTE JCI'S P.O.C MANNY SALGADO
(619)247-2729

| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|---|
| SUBCONTRACTOR<br>Subcontractor Services | EACH | 1.00 | 0.00<br>Job No: 0911004 | 0.00 | 1,731.500 | 1,731.50 |

Q.E.D. TO PROVIDE LABOR AND MATERIAL ON BOARD USS
GARY TO OPEN TANK IN SUCLLERY AND INSTALL DC PLUGS
AS PER QUOTE

| | |
|---|---|
| Net Once | 10,389.00 |
| Sales Tax | 0.00 |
| Freight | 0.00 |
| Order Total | 10,389.00 |

# PURCHASE ORDER

Page: 1

JCI Metal Products, Inc.

6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0008603
ORDER DATE : 10/31/07

VENDOR NUMBER :        01-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
4646 Witchduck Rd
Virginia Beach, VA  23455

SHIP TO :
JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA  91945

CONFIRM TO :
LARRY PARKER

| REQUIRED DATE 10/31/07 | SHIP VIA | | F.O.B. | | TERMS Net 30 | |
|---|---|---|---|---|---|---|
| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
| SUBCONTRACTOR Subcontractor Services | EACH | 1.00 | 0.00 Job No: 0895003 | 0.00 | 64,434.290 | 64,434.29 |

Q.E.D. TO PROVIDE LABOR AND MATERIAL FOR WORK ITEM
# 631-90-001 CORROSION CONTROL - PARA 3.1 ( 2.13
ONLY) AND 3.9 ON BOARD USS LAKE CHAMPLAIN AS PER
QUOTE JCI'S P.O.C AMARYLL SIMSAY 619-247-2195

| | |
|---|---|
| Net Order | 64,434.29 |
| Sales Tax | 0.00 |
| Freight | 0.00 |
| Order Total: | 64,434.29 |

# PURCHASE ORDER

Page: 1

JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0008739
ORDER DATE : 11/14/07

VENDOR NUMBER :    01-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
4646 Witchduck Rd
Virginia Beach, VA 23455

SHIP TO :
JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

CONFIRM TO :
LARRY PARKER

| REQUIRED DATE 11/14/07 | SHIP VIA | F.O.B. | TERMS Net 30 | | | |
|---|---|---|---|---|---|---|
| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
| SUBCONTRACTOR Subcontractor Services | EACH | 1.00 | 0.00 Job No: 0895G03 | 0.00 | 17,556.000 | 17,556.00 |

Q.E.D TO PROVIDE LABOR AND MATERIAL ON BOARD USS
LAKE CHAMPLAIN CG-57; I.A.W IDR 95003-1819 RCC 154
FOR PRESERVATION IN VOID 1-196-1 I.A.W. QUOTE
JCI'S P.O.C AMARYLL SIMSAY 619-247-2185

Net Order:    17,556.00
Sales Tax:    0.00
Freight:    0.00
Order Total:    17,556.00

# PURCHASE ORDER

Page: 1

JCI Metal Products, Inc.

6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0008777

ORDER DATE : 11/16/07

VENDOR NUMBER :    01-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
4646 Witchduck Rd
Virginia Beach, VA  23455

SHIP TO :
JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA  91945

CONFIRM TO :
LARRY PARKER

| REQUIRED DATE 11/16/07 | SHIP VIA | F.O.B. | TERMS Net 30 |
|---|---|---|---|

| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|---|
| SUBCONTRACTOR Subcontractor Services | EACH | 1.00 | 0.00 | 0.00 | 14,523.000 | 14,523.00 |

Job No: 0894001

Q.E.D. TO PROVIDE LABOR AND MATERIAL I.A.W. ITEM
# 343-90-001 TO REMOVE AND RE-ROUTE PIPING IN
GTG #-3 EXHAUST. ON BOARD USS ANTIETAM AS PER
QUOTE JCI'S P.O.C AMARYLL SIMSAY 619-247-2185



| | |
|---|---|
| Net Order: | 14,523.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Order Total: | 14,523.00 |

# PURCHASE ORDER

Page  1

JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0008779
ORDER DATE : 11/16/07

VENDOR NUMBER :      01-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
4646 Witchduck Rd
Virginia Beach, VA  23455

SHIP TO :
JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA  91945

CONFIRM TO :
LARRY PARKER

| REQUIRED DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 11/16/07 | | | Net 30 |

| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
|---|---|---|---|---|---|---|
| SUBCONTRACTOR | EACH | 1.00 | 0.00 | 0.00 | 14,523.000 | 14,523.00 |
| Subcontractor Services | | | Job No: 0895002 | | | |

Q.E.D TO PROVIDE LABOR AND MATERIAL I.A.W. ITEM #
343-90-001, TO REMOVE AND RE-ROUTE PIPING ON
GTG #-3 EXHAUST, ON BOARD USS LAKE CHAMPLAIN
AS PER QUOTE- JCI'S P.O.C AMRAYLL SIMSAY
619-247-2185

*Received 11/21*

| | |
|---|---|
| Net Order: | 14,523.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Order Total: | 14,523.00 |

# PURCHASE ORDER

Page: 1

JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0009121
ORDER DATE : 10/30/07

VENDOR NUMBER :     01-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
4646 Witchduck Rd
Virginia Beach, VA 23455

SHIP TO :
JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA 91945

CONFIRM TO :

| REQUIRED DATE 12/20/07 | SHIP VIA | F.O.B. | | TERMS Net 30 | | |
|---|---|---|---|---|---|---|
| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | UNIT COST | AMOUNT |
| SUBCONTRACTOR Subcontractor Services | EACH | 1.00 | 0.00 Job No: 0911004 | 0.00 | 16,410.000 | 16,410.00 |

THIS PURCHASE ORDER WRITTEN TO QED FOR
ACCOMPLISH PIPING REFERENCES FOR
ITEM 651-80-001, SHIPALT FFG7-00485D
REPLACE SCULLERY DISHWASHER ONBOARD THE
USS GARY AS PER THE ATTACHED QUOTE

| | |
|---|---|
| Net Order: | 16,410.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Order Total: | 16,410.00 |

02/04/2008  10:48    6192296195                JCI METAL PRODUCTS                    PAGE  01

# PURCHASE ORDER

Page: 1

JCI Metal Products, Inc.

6540 Federal Boulevard
Lemon Grove, CA 91945

P.O. NUMBER : 0009449

ORDER DATE : 02/04/08

VENDOR NUMBER :        01-Q.E.D.

VENDOR :
Q.E.D. SYSTEMS INC
4646 Witchduck Rd
Virginia Beach, VA  23455

SHIP TO :
JCI Metal Products, Inc.
6540 Federal Boulevard
Lemon Grove, CA  91945

CONFIRM TO :

| REQUIRED DATE<br>2/04/08 | SHIP VIA | | F.O.B. | | TERMS<br>Net 30 | | |
|---|---|---|---|---|---|---|---|
| ITEM NUMBER | UNIT | ORDERED | RECEIVED | BCK ORDER | | UNIT COST | AMOUNT |
| SUBCONTRACTOR<br>Subcontractor Services | EACH | 1.00 | 0.00<br>Job No:  0911002 | 0.00 | | 2,117.000 | 2,117.00 |

INSTALL & OP-TEST SHOWER MIXING VALVE
IN THE CO'S BATH (01-108-2-L) ONBOARD THE
USS GARY (FFG-51)
PRICE INCLUDES INCIDENTAL MATERIALS
MIXING VALVE PROVIDED BY JCI

| | |
|---|---|
| Net Order: | 2,117.00 |
| Sales Tax: | 0.00 |
| Freight: | 0.00 |
| Order Total: | 2,117.00 |

2244 AO Task

**ORIGINAL**

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Q.E.D. Systems, Inc., a Virginia corporation

## DEFENDANTS
JCI Metal Products, Inc., a California corporation

FILED

**(b)** County of Residence of First Listed Plaintiff Virginia Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Spencer C. Skeen (Bar No. 182216)
Procopio, Cory, Hargreaves & Savitch LLP
530 B Street, Suite 2100
San Diego, California 92101
Tel: (619) 238-1900

Attorneys (If Known)
Kevin Cauley
Schwartz Semerdjian Haile Ballard & Cauley LLP
101 West Broadway, Suite 810
San Diego, CA 92101-8229
Tel: (619) 236-8821

DEPUTY

**'08 CV 1611 DMS CAB**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [X] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury— Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 810 Selective Service |
| [X] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 463 Habeas Corpus – Alien Detainee | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332 Diversity

Brief description of cause:
Breach of Contract; Open Book Account; Account Stated; Quantum Meruit; California B&P Code Section 7108.5; Violation of Cal. Civil Code section 3260.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ Not specified

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE
September 3, 2008

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 154657   AMOUNT $350.00   APPLYING IFP   JUDGE   MAG. JUDGE

AB 09/03/08

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 154657   — MB**

**September 03. 2008
15:28:09**

**Civ Fil Non-Pris**
USAO #.: 08CV1611 CIVIL FILING
Judge..: DANA M SABRAW
Amount.:                    $350.00 CK
Check#.: BC6176

**Total—>   $350.00**

FROM: Q.E.D. SYSTEMS INC VS
      JCI METAL PRODUCTS INC