



Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Q.E.D. SYSTEMS, INC., a Virginia corporation,

vs

JCI METAL PRODUCTS, INC., a California corporation

**FILED**
SEP 3  2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1611 DMS CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
   Spencer C. Skeen (Bar No. 182216)
   Farzeen Essa (Bar No. 246971)
   Procopio, Cory, Hargreaves & Savitch LLP
   530 B Street, Suite 2100
   San Diego, CA 92101
   Telephone: (619) 238-1900; Facsimile: (619) 235-0398

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By C. _____, Deputy Clerk

09-03-08
DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com